UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| KRITHIKA MEENASKSHI SUNDARAM<br><br>*Plaintiff,*<br>v.<br><br>DONALD J. TRUMP, in his official capacity as PRESIDENT OF THE UNITED STATES;<br><br>MARCO RUBIO, in his official capacity as SECRETARY OF STATE;<br><br>KRISTI NOEM, in her official capacity as SECRETARY OF THE DEPARTMENT OF HOMELAND SECURITY;<br><br>TODD LYONS, in his official capacity as ACTING DIRECTOR, U.S. IMMIGRATION AND CUSTOMS ENFORCEMENT (ICE);<br><br>and<br><br>PETE R. FLORES, in his capacity as ACTING COMMISSIONER, U.S. CUSTOMS AND BORDER PROTECTION<br><br>*Defendants.* | Case No. 2-25-cv-02510<br><br><br>**STIPULATION OF VOLUNTARY DISMISSAL PURSUANT TO F.R.C.P. 41(A)(1)(A)(II)** |

**STIPULATION OF VOLUNTARY DISMISSAL PURSUANT TO F.R.C.P. 41(a)(1)(A)(ii)**

IT IS HEREBY STIPULATED AND AGREED by and between the parties and/or their respective counsel(s) that the above-captioned action is voluntarily dismissed, without prejudice against the defendant(s) Donald J. Trump, Marco Rubio, Kristi Noem, Todd Lyons and Peter R. Flores, pursuant to the Federal Rules of Civil Procedure 41(a)(1)(A)(ii).

/s/ *Vijaysen Yellareddigari*
Vijaysen Yellareddigari, Esq.
SOMIREDDY LAW GROUP PLLC
5 Independence Way, Suite 200
Princeton, NJ 08540
703-544-2200
*Plaintiff's Counsel*

Dated: April 28, 2025

/s/ *Angela Juneau*
Angela Juneau, Esq.
UNITED STATES ATTORNEY'S OFFICE
970 Broad Street, 7th Floor
Newark, NJ 07102
973-645-2700
*Defendants' Counsel*

Dated: April 28, 2025

SO ORDERED this 28th day of April, 2025

Julien X. Neals, U.S.D.J.